

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 194TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 13th day of May, 2015, the cause on appeal to revise or reverse the judgment between

WILLIAM TREMAINE PATTERSON, Appellant

No. 05-14-01024-CR　　　V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-12-71245-M.
Opinion delivered by Justice Francis.
Justices Brown and Stoddart participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we **VACATE** the sentence imposed in the trial court's judgment, and the cause is **REMANDED** for a new punishment hearing.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 23rd day of July, 2015.



_____
LISA MATZ, Clerk